## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | |
| **Plaintiff,** | **8:25CV445** |
| **vs.** | |
| **VEE EXPRESS, LLC,** | **ORDER TO SHOW CAUSE** |
| **Defendant.** | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff commenced this action on July 10, 2025. (Filing No. 1). On September 25, 2025, Plaintiff filed Proof of Service purporting to show Defendant was served with process on September 8, 2025. (Filing No. 10). To date, Defendant has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action. Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss the case, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action must be dismissed. Accordingly,

**IT IS ORDERED:** On or before **November 12, 2025**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 22nd day of October 22, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge